NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARDIOSOM, L.L.C.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5109

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-533, Judge Lawrence M. Baskir.

---

## ON MOTION

---

## ORDER

CardioSom, L.L.C. moves for a stay of the briefing schedule, until the earlier of (1) 60 days after the Center for Medicare and Medicaid Services issues a decision on CardioSom's pending administrative claim or (2) April 1, 2011, to file its principal brief.

Accordingly,

IT IS ORDERED THAT:

The motion is granted in part. CardioSom's brief is due within 60 days of the date of filing of this order. No further extensions will be granted.

FOR THE COURT

**NOV 2 9 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Jerry Stouck, Esq.
Anuj Vohra, Esq.

s17

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 2 9 2010**

**JAN HORBALY**
**CLERK**